**AFFIRM and Opinion Filed June 2, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01242-CV**

**OLGA PATRICIA TOZO, Appellant**
**V.**
**FELIPE MUNOZ, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 90826**

**MEMORANDUM OPINION**

Before Justices Nowell, Goldstein, and Breedlove
Opinion by Justice Breedlove

Before the Court is the parties' motion requesting rendition of judgment

effectuating their settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A). We grant

the parties' motion, and without regard to the merits, affirm the trial court's judgment

in accordance with the parties' agreement. *See id.*

/Maricela Breedlove//
221242f.p05
MARICELA BREEDLOVE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

OLGA PATRICIA TOZO, Appellant

No. 05-22-01242-CV       V.

FELIPE MUNOZ, Appellee

On Appeal from the 196th Judicial District Court, Hunt County, Texas Trial Court Cause No. 90826. Opinion delivered by Justice Breedlove. Justices Nowell and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee FELIPE MUNOZ recover his costs of this appeal from appellant OLGA PATRICIA TOZO.

Judgment entered this 2nd day of June, 2023.